Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780 Fax: 510.839.9104

Attorneys for Defendants
COUNTY OF ALAMEDA and GREGORY J. AHERN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE GAFFETT, KIERRA BROWN, and TOSHUA SEARS, Individually and on behalf of a class of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, SUSAN MANHEIMER, LERONNE ARMSTRONG, ALAMEDA COUNTY, GREGORY J. AHERN, DOES 1-100,<br><br>Defendants. | Case No. 3:21-cv-02881-RS<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Richard Seeborg |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs JASMINE GAFFETT, KIERRA BROWN, and TOSHUA SEARS, and Defendants CITY OF OAKLAND, SUSAN MANHEIMER, LERONNE ARMSTRONG, ALAMEDA COUNTY and GREGORY J. AHERN have stipulated and jointly request this Court to continue the Initial Case Management Conference.

The Parties respectfully request that the Initial Case Management Conference be moved to August 5, 2021, at 10:00 am. This stipulation and joint request is entered into by all parties by

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4823-9270-2187 v1

STIP AND [PROPOSED] ORDER TO CONTINUE INITIAL CMC
3:21-CV-02881-RS

and through their respective counsel of record.

**STIPULATION**

WHEREAS the Court scheduled an Initial Case Management Conference on July 29, 2021 at 10:00 a.m. (Dkt. No. 21.);

WHEREAS lead counsel for the Alameda County Defendants has a family vacation scheduled for the week of July 26, 2021 and therefore has a conflict and cannot attend the Initial Case Management Conference currently scheduled on July 29, 2021;

WHEREAS counsel for all parties met and conferred and are available for the Initial Case Management Conference on August 5, 2021 at 10:00 a.m.;

WHEREAS lead counsel for the Alameda County Defendants checked with the Court's calendar clerk and confirmed that August 5, 2021 is available for the Court to conduct Case Management Conferences;

WHEREAS should August 5, 2021 not be an acceptable date to the Court for the Initial Case Management, all counsel are next available on September 9, 2021 or the first convenient date to the Court thereafter;

**WHEREFORE** the Parties agree and request that the Court continue the Initial Case Management Conference to August 5, 2021 and that the parties' Joint Case Management Statement remain due on July 22, 2021.

**IT IS SO STIPULATED.**

Dated: May 25, 2021                                         BURKE, WILLIAMS & SORENSEN, LLP


By: */s/ Gregory B. Thomas*
    Gregory B. Thomas
    Temitayo O. Peters
    Attorneys for Defendants
    COUNTY OF ALAMEDA and
    GREGORY J. AHERN

/ / /

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-9270-2187 v1

- 2 -

STIP AND [PROPOSED] ORDER TO CONTINUE INITIAL CMC
3:21-CV-02881-RS

| | | |
|---|---|---|
| 1 | Dated: May 25, 2021 | ALEXSIS C. BEACH & RACHEL LEDERMAN |
| 2 | | |

Dated: May 25, 2021	ALEXSIS C. BEACH & RACHEL LEDERMAN

By: */s/ Rachel Lederman*
　　Rachel Lederman
　　Attorneys for Plaintiffs

Dated: May 25, 2021	FLYNN LAW OFFICE

By: */s/ R. Michael Flynn*
　　R. Michael Flynn
　　Attorneys for Plaintiffs

Dated: May 25, 2021	BARBARA J. PARKER, CITY ATTORNEY

By: */s/ Kevin P. McLaughlin*
　　Kevin P. McLaughlin
　　Attorneys for Defendants
　　CITY OF OAKLAND, SUSAN MANHEIMER, AND LERONNE ARMSTRONG

## SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5(i)(3), I, Gregory B. Thomas, attest that I have obtained concurrence in the filing of this documents from the other signatory listed above.

By: */s/ Gregory B. Thomas*
　　GREGORY B. THOMAS, ESQ.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4823-9270-2187 v1

- 3 -

STIP AND [PROPOSED] ORDER TO CONTINUE INITIAL CMC
3:21-CV-02881-RS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 26, 2021

_/s/ Richard Seeborg_
HON. RICHARD SEEBORG
United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys At Law
Oakland

OAK #4823-9270-2187 v1

- 4 -

STIP AND [PROPOSED] ORDER TO
CONTINUE INITIAL CMC
3:21-CV-02881-RS