UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE GAFFETT, et al.,<br>Individually and on behalf of a class of all persons similarly situated,<br><br>        Plaintiffs<br><br>  v.<br><br>CITY OF OAKLAND, et al.<br><br>        Defendants. | Case 3:21-cv-02881-RS<br><br>**ORDER AS MODIFIED BY THE COURT** |

Pursuant to stipulation, and good cause appearing therefore:

The hearing on the Alameda County defendants' motion to dismiss is rescheduled to September 9, 2021, at 1:30 pm;

Plaintiffs' response to the pending motion to dismiss shall be filed on or before August 10, 2021; and Defendants' optional reply shall be filed on or before August 17, 2021;

The initial case management conference is rescheduled to October 7, 2021, at 10 am, with the joint case management statement to be filed by September 30, 2021.

IT IS SO ORDERED.

Dated:  7/12/2021

_____
HON. RICHARD SEEBORG
United States District Judge