Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendants
COUNTY OF ALAMEDA and GREGORY J. AHERN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE GAFFETT, KIERRA BROWN, and TOSHUA SEARS, Individually and on behalf of a class of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, SUSAN MANHEIMER, LERONNE ARMSTRONG, RONALD HOLMGREN, RANDALL WINGATE, ALAMEDA COUNTY, GREGORY J. AHERN, DOES 3-100,<br><br>Defendants. | Case No. 3:21-cv-02881-RS<br><br>**STIPULATION AND ORDER TO MODIFY INITIAL CASE MANAGEMENT SCHEDULING ORDER [DKT. 51]** |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

OAK #4889-2760-0914 v1

STIPULATION AND [PROPOSED] ORDER
TO MODIFY INITIAL CASE MANAGEMENT
SCHEDULING ORDER

WHEREAS on November 18, 2021, the Court entered an Initial Case Management Scheduling Order (Dkt. No. 51) setting forth the following pertinent case management deadlines:

1. Conduct Settlement Conference within 150 days;
2. Amendment of Pleadings by February 1, 2022;
3. Complete fact discovery by April 29, 2022;
4. Hear motion for class certification by July 28, 2022;

WHEREAS, the court has not yet set other case management dates, such as expert discovery cutoff or deadlines for dispositive motions or trial;

WHEREAS, the parties have exchanged and responded to extensive initial written discovery and have produced collectively thousands of documents and body-worn camera footage files;

WHEREAS, the parties have a Mandatory Settlement Conference before Judge Beeler on March 22, 2022;

WHEREAS, counsel for the Alameda County Defendants has a pre-paid family vacation during school Spring Break from April 4 through April 8, 2022;

WHEREAS the parties are actively scheduling depositions of all parties after the Mandatory Settlement Conference and contemplate follow-up written discovery to prepare for dispositive and other motions;

**STIPULATION**

THEREFORE, it is hereby stipulated by and between the Parties, through their respective counsel of record, that the Initial Case Management Order be modified as follows:

(1) The deadline for completion of fact discovery shall be June 30, 2022;

(2) The deadline for amendment of pleadings shall be May 1, 2022;

(3) The deadline to hear the motion for class certification shall be September 29, 2022.

IT IS SO STIPULATED.

[signatures on following page]

///

///

| | |
|---|---|
| Dated: March 2, 2022 | ALEXSIS C. BEACH & RACHEL LEDERMAN, Attorneys |
| | By: */S/ Rachel Lederman* |
| | Rachel Lederman |
| | Attorneys for Plaintiffs |
| Dated: March 2, 2022 | FLYNN LAW OFFICE |
| | By: */S/ R. Michael Flynn* |
| | R. Michael Flynn |
| | Attorneys for Plaintiffs |
| Dated: March 2, 2022 | BARBARA J. PARKER, CITY ATTORNEY |
| | By: */S/ Barbara J. Parker* |
| | Attorneys for Defendants CITY OF OAKLAND, SUSAN MANHEIMER, AND LERONNE ARMSTRONG |
| Dated: March 2, 2022 | BURKE, WILLIAMS & SORENSEN, LLP |
| | By: */S/ Gregory B. Thomas* |
| | Gregory B. Thomas |
| | Temitayo O. Peters |
| | Attorneys for Defendants COUNTY OF ALAMEDA and GREGORY J. AHERN |

### SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5(i)(3), I, Gregory B. Thomas, attest that I have obtained concurrence in the filing of this documents from the other signatory listed above.

By: */s/ Gregory B. Thomas*
GREGORY B. THOMAS, ESQ.

## **ORDER**

This Court reviewed and considered the above stipulation among the parties. Based on the representations submitted herewith, and for good cause shown, it is hereby ORDERED that the Initial Case Management Order (Dkt. 51) is modified as follows:

(1) The deadline for completion of fact discovery shall be June 30, 2022;

(2) The deadline for amendment of pleadings shall be May 1, 2022;

(3) The deadline to hear the motion for class certification shall be September 29, 2022.

IT IS SO ORDERED.

DATED: March 2, 2022

_____
HON. RICHARD SEEBORG
United States District Judge