UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIERRA BROWN, et al., | Case No. 21-cv-02881-RS |
|---|---|
| Plaintiffs, | |
| v. | **ORDER RENAMING CASE** |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

Plaintiff Jasmine Gaffett having been dismissed from the case by stipulation, the case is ordered to be renamed as Kierra Brown, et al., v. City of Oakland, et al.

**IT IS SO ORDERED**.

Dated: June 10, 2022

_____
RICHARD SEEBORG
Chief United States District Judge